IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA FURNITURE MART, INC., and TXFM, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br> Defendants. | 8:24CV61 <br><br> **INITIAL PROGRESSION ORDER** <br><br> **(AMENDED)** |

The Court grants the parties' joint motion to modify paragraph five in the initial progression order as set forth herein. Filing No. 57.

Accordingly,

IT IS ORDERED that the initial progression order is amended as follows:

1) The deadline for the parties to file a stipulation of facts is November 15, 2024.

2) The deadlines to file motions for summary judgment are:

    For the plaintiff(s):    November 15, 2024.

    For the defendant(s):    December 17, 2024.

Further progression will be deferred until after resolution of such motions.

3) The deadlines to file a brief responding to the opposing party's summary judgment motion are:

    For the plaintiff(s):    January 17, 2024.

    For the defendant(s):    December 17, 2024.

4) The deadlines to file a reply brief are:

    For the plaintiff(s):     January 17, 2024.

    For the defendant(s):     February 7, 2024.

5) Each brief shall be filed in a separate document from any other brief due on the same day.

6) The parties shall contact the undersigned's chambers within ten (10) days after a ruling on the dispositive motions contemplated herein to set a status conference to discuss further progression of any remaining issues. In the instance that no dispositive motions are filed, the parties shall contact the undersigned's chambers within seven (7) days of defendants' deadline for filing motions for summary judgment.

7) All other deadlines and provisions in the Court's initial progression order, Filing No. 42, remain unchanged.

Dated this 29th day of October, 2024.

                                BY THE COURT:

                                *s/ Jacqueline M. DeLuca*

                                United States Magistrate Judge