# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NEBRASKA FURNITURE MART, INC., AND TXFM, INC.,** | ) ) ) Case No. 8:24-cv-00061-SMB-RCC ) |
| **Plaintiffs**, | ) ) |
| v. | ) ) |
| **LIBERTY MUTUAL FIRE INSURANCE COMPANY, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,** | ) **DEFENDANT LIBERTY MUTUAL FIRE** ) **INSURANCE COMPANY'S MOTION FOR** ) **SUMMARY JUDGMENT** ) ) |
| **Defendants**. | ) ) |

Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 56 and NECivR 56.1, hereby moves this Court for summary judgment as to the claim brought by Nebraska Furniture Mart, Inc. ("NFM") and TXFM, Inc. ("TXFM") (collectively "Plaintiffs") against it. The undisputed facts establish as a matter of law that, by application of its Employer's Liability exclusion, the Liberty Mutual insurance policy at issue provides no coverage for the claim against TXFM in the Underlying Arbitration.

On November 15, 2024, the parties filed a Stipulation Concerning Material Facts to Which the Parties Have Agreed Solely for the Purposes of Summary Judgment. Liberty Mutual also filed a Brief in Support of Defendant Liberty Mutual's Motion for Summary Judgment. These filings are incorporated herein.

WHEREFORE, for the reasons set forth in the accompanying documents, Liberty Mutual respectfully requests that the Court grant summary judgment to Liberty Mutual and against Plaintiffs on Count I of the Complaint.

Dated this 20th day of December, 2024.

                **GERBER CIANO KELLY BRADY LLP**

By: __/s/MaKenna Stoakes_____
Joanna M. Roberto, #27977
**Office Address**
1325 Franklin Avenue, Suite 500
Garden City, NY 11530

**Mailing Address**
PO Box 1060
Buffalo, NY 14201
Telephone: 516.329.9403
Fax: 516.738.4646
Email: jroberto@gerberciano.com

- And -
MaKenna J. Stoakes, #25915
**Office Address**
1299 Farnam Street, Suite 300
Omaha, NE 68102

**Mailing Address**
PO Box 1060
Buffalo, NY 14201
Telephone: 402.260.1728
Fax: 402.260.1731
Email: mstoakes@gerberciano.com
*Attorneys for Defendant Liberty Mutual Fire Insurance Company*

## CERTIFICATE OF SERVICE

      I certify that on December 20, 2024, the foregoing was filed using the Court's CM/ECF system, which will automatically serve notice on the following:

Robin K. Carlson
Paulina L. Escobar
Stinson LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106-2150
robin.carlson@stinson.com
paulina.escobar@stinson.com
*Attorneys for Plaintiffs*

Scott C. Hecht
Scott Hecht LLC
1600 Genessee, Suite 862
Kansas City, MO 64102
scott@scotthechtlaw.com
*Attorneys for Plaintiffs*

Angela Probasco
Wm. Clayton Crawford
Baker Sterchi Cowden & Rice LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
aprobasco@bakersterchi.com
ccrawford@bakersterchi.com
*Attorneys for Defendant Travelers Property Casualty Company of America*

                                        */s/ MaKenna J. Stoakes*
                                        MaKenna J. Stoakes